## MILLER v. MILLER.

[No. 10,287.   Filed March 11, 1920.]

APPEAL.—*Review.—Judgment.—Conclusiveness.—Conflicting Evidence.*—The court on appeal will not disturb a judgment resting on conflicting evidence on the ground that it is not sustained by sufficient evidence.

From Marion Superior Court (106,914); *W. W. Thornton,* Judge.

Action by Florence Miller against Wallace G. Miller. From a judgment for plaintiff, the defendant appeals. *Affirmed.*

*James E. Rocap,* for appellant.

*Emsley W. Johnson* and *Joseph W. Hutchinson,* for appellee.

McMAHAN, J.—Appellee, plaintiff below, was granted a divorce from appellant. Appellant contends that the finding of the court is not sustained by sufficient evidence.

The finding rests on conflicting evidence. The judgment is therefore affirmed.